IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMAL LANIER,<br><br>    Plaintiff,<br><br>v.<br><br>ALLCONNECT, INC.,<br><br>    Defendant. | Civil Action No.<br><br>1:15-cv-01954-ODE<br><br>JURY TRIAL DEMANDED |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff Jamal Lanier and Defendant AllConnect, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and hereby stipulate to the dismissal of the above-styled action with prejudice, each party to bear their own costs and fees incurred as part of this litigation.

This 7th day of January, 2016.

| | |
|---|---|
| s/Benjamin A. Stark<br>Benjamin A. Stark<br>Georgia Bar No. 601867<br>BARRETT & FARAHANY<br>1100 Peachtree Street, N.E. Suite 500<br>Atlanta, GA 30309<br>bstark@bf-llp.com<br>Telephone:  (404) 214-0120 | *s/Matthew R. Simpson\**<br>Matthew R. Simpson<br>Georgia Bar No. 540260<br>Calvin R. Wright<br>Georgia Bar No. 672501<br>FISHER & PHILLIPS LLP<br>1075 Peachtree Street NE, Suite 3500<br>Atlanta, Georgia 30309<br>msimpson@laborlawyers.com<br>Telephone: (404)-240-4221 |

*Signed with express permission.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMAL LANIER,<br><br>  Plaintiff,<br><br>v.<br><br>ALLCONNECT, INC.,<br><br>  Defendant. | Civil Action No.<br><br>1:15-cv-01954-ODE<br><br>JURY TRIAL DEMANDED |

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I filed the foregoing Joint Dismissal with Prejudice with the Clerk using the Court's CM/ECF system, which will send electronic notification immediately to the following counsel of record:

    Matthew R. Simpson
    Calvin R. Wright
    **FISHER & PHILLIPS LLP**
    1075 Peachtree Street NE, Suite 3500
    Atlanta, Georgia 30309

Respectfully submitted the 7th day of January 2016

            s/Benjamin A. Stark
            Benjamin A. Stark
            Georgia Bar No. 601867